IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01363-WYD

JOSE ARTURO PENA,

    Applicant,

v.

S. HARTLEY, Warden, Arkansas Valley Correctional Facility; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Application for Writ of Habeas Corpus, filed May 20, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [ECF Doc. No. 1] is DENIED and this case is DISMISSED WITH PREJUDICE.  It is further

    ORDERED that each party shall bear his own costs and attorney's fees.  It is further

    ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

DATED at Denver, Colorado this 20th day of May, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ *Robert R. Keech*
Robert R. Keech,
Deputy Clerk